# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 13 |
| Alicia Y Kirkland | BK 15−31860−lkg |
| Debtor(s) | |

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−4868

# ORDER

The above named debtor(s) having filed a Chapter 13 proceedings before this Court,

**IT IS ORDERED** that the debtor(s) pay to the Trustee, within thirty (30) days from the date the petition was filed/converted, and every month thereafter, the sum required under the proposed plan. Failure to make any payment under the plan may result in dismissal of the case without further notice or hearing.

ENTERED: November 20, 2015                     /s/ Laura K. Grandy
                                                UNITED STATES BANKRUPTCY JUDGE