# Notice Recipients

District/Off: 0754–3          User: admin          Date Created: 11/20/2015
Case: 15–31860–lkg           Form ID: 183         Total: 4

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion10.es.ecf@usdoj.gov
tr      Russell C Simon           simontrustee@yahoo.com
aty     Jerry D Graham, Jr        court@jdgrahamlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Alicia Y Kirkland    2661 N Illinois St    PMB 316    Belleville, IL 62226

TOTAL: 1