IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
|    Alicia Y Kirkland | ) | Under Chapter 13 |
| | ) | |
| | ) | |
| | ) | Bk. No: 15-31860 |
|    Debtor(s) | ) | |

## TRUSTEE'S RECOMMENDATION TO CONFIRM ORIGINAL PLAN

   The undersigned Trustee has examined the plan submitted by the above-named debtor(s), filed under the provisions of Chapter 13 of the United States Bankruptcy Code, has had the debtor(s) examined at the 341 Meeting of Creditors, has examined the claims filed in the case, and has no objections to the confirmation of the debtor(s)' plan.

   Wherefore, the Trustee prays this Court for an Order confirming the Original Plan, and for all other relief this Court deems just and equitable.

                                                                                                      **/s/Russell C. Simon**
                                                                                                 RUSSELL C. SIMON
                                                                                                 Chapter 13 Trustee
                                                                                                 24 Bronze Pointe
                                                                                                 Swansea, IL  62226
                                                                                                 Telephone: (618) 277-0086
                                                                                                 Telecopier: (618) 234-0124

Dated: January 15, 2016

MVH

### Certificate of Service

   I hereby certify that a true and correct copy of the above and foregoing Trustee's Recommendation to Confirm Original Planwas served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Friday, January 15, 2016.

                                                                             /s/ Marcia

Alicia Y Kirkland
2661 N Illinois St
PMB 316
Belleville, IL  62226

.J D GRAHAM  
1103 FRONTAGE RD  
OFALLON, IL 62269